UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Alejandro Mora, et al.
                                        Plaintiff,

v.                                                                        Case No.: 1:15−cv−10449
                                                                               Honorable Mary M. Rowland

General Organics, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 28, 2016:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' stipulated dismissal [26] and Rule 41(a)(1)(A)(ii), this action is dismissed without prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement. The Court will maintain jurisdiction to enforce the parties' settlement agreement. The Court grants leave to reinstate the case for purposes of enforcing the settlement agreement until 12/15/2016. If no motion to reinstate is filed by 12/15/2016, the dismissal will automatically convert to a dismissal with prejudice. The status hearing set for 11/29/16 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.